Craig S. Mende (CM 3906)
Michael Chiappetta (MC 7644)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York  10017
(212) 813-5900
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

HARTFORD FIRE INSURANCE COMPANY,    :
THE HARTFORD FINANCIAL SERVICES    :
GROUP, INC. and HARTFORD LIFE, INC.,    :
                                                    :
                                     Plaintiffs,    :
                                                    :
       -against-                                    :
                                                    :
MONIKER ONLINE SERVICES, LLC    :
and JOHN DOES 1-10,                                 :
                                                    :
                                     Defendants.    :
-------------------------------------------------------------x

NOV 02 2007
U.S.D.C. S.D. N.Y.
CASHIERS

JUDGE BAER

07 CIV 9729

Civil Action No.

RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for plaintiffs certifies that (a) plaintiffs Hartford Fire Insurance Company and Hartford

Life, Inc. are wholly-owned subsidiaries of plaintiff The Hartford Financial Services Group, Inc.,

(b) The Hartford Financial Services Group, Inc. is a publicly traded company and (c) no other

publicly held entity owns 10% or more of The Hartford Financial Services Group, Inc.'s stock.

Dated:        New York, NY
              November 2, 2007        FROSS ZELNICK LEHRMAN & ZISSU, P.C.


                                      By:_____
                                            Michael Chiappetta (MC 7644)
                                      Craig S. Mende (CM 3906)
                                      866 United Nations Plaza
                                      New York, New York  10017
                                      (212) 813-5900
                                      *Attorneys for Plaintiffs*

{F0124877 1 }