## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE: 11/29/07 11:00 a.m. |
| NAME OF SERVER (PRINT): Douglas Ross Frew | TITLE: Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served. _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted _____

☒ Other (specify): CORPORATE SERVICE- By serving Victor Pitts as Vice President of Moniker Online Service, LLC.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/29/07

Signature of Server

P.O. Box 810546
Boca Raton, Fl. 33481-0546
Address of Server
Telephone: (954) 428-1997

**Type of Writ Served:**

1) Summons and Complaint,
2) Individual Practices of Hon. Harold Baer,
3) USDC/SDNY Instructions for Filing an Electronic Case or Appeal,
4) USDC/SDNY Procedures for Electronic Case Filing,
5) USDC/SDNY Guidelines for Electronic Case Filing,

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.