

**FROSS ZELNICK LEHRMAN & ZUSSU, P.C.**

866 UNITED NATIONS PLAZA
AT FIRST AVENUE & 48TH STREET
NEW YORK, N.Y. 10017

TELEPHONE: (212) 813-5900
FACSIMILE: (212) 813-5901
E-MAIL: fzz@frosszelnick.com

January 18, 2008

**BY FACSIMILE**

The Honorable Harold Baer Jr.
United States District Court
Southern District of New York
Room 2230
500 Pearl Street
New York, New York 10007

Re: *Hartford Fire Insurance Company v. Moniker Online Services*
Case No. 07 CV 9729 – Request for Adjournment of Pre-Trial Conference
(Our Ref. HART USA TC 07/06642)

Dear Judge Baer:

We are counsel for plaintiff Hartford Fire Insurance Company in the above-captioned action. Further to my discussion with Your Honor's clerk this morning, the parties in the case wish to respectfully request a two-week adjournment of the Pre-Trial Conference currently scheduled for Thursday, January 24, 2008 at 1:45 p.m. The parties are actively discussing settlement and are hopeful that they could complete settlement in that time.

Your Honor's consideration is greatly appreciated.

Very truly yours,

Michael Chiappetta

MC/vm
cc: Joel S. Magolnick, Esq. (counsel for Moniker Online Services, LLC)
John D. Boykin, Esq. (counsel for Star Access, Inc. and Jack Ford)

{F0213962.1}

** TOTAL PAGE.02 **

Endorsement:

    I'm glad to adjourn to February 7 at the same time in contemplation of settlement but remind you that a stipulation of discontinuance must be on my desk by the February 7 date or you must appear.