

# FROSS ZELNICK LEHRMAN & ZISSU, P.C.

866 UNITED NATIONS PLAZA
AT FIRST AVENUE & 48TH STREET
NEW YORK, N.Y. 10017

TELEPHONE: (212) 813-5900
FACSIMILE: (212) 813-5901
EMAIL: fzlz@frosszelnick.com

February 6, 2008

**BY FACSIMILE**

The Honorable Harold Baer Jr.
United States District Court
Southern District of New York
Room 2230
500 Pearl Street
New York, New York 10007

    Re: *Hartford Fire Insurance Company v. Moniker Online Services*
        Case No. 07 CV 9729 – Request for Adjournment of Pre-Trial Conference
        (Our Ref. HART USA TC 07/06642)

Dear Judge Baer:

    We are counsel for plaintiff Hartford Fire Insurance Company in the above-captioned action. In response to the parties' first request for an adjournment of the Pre-Trial Conference originally scheduled for Thursday, January 24, 2008, Your Honor granted the request and rescheduled the conference for tomorrow, February 7, 2008. Since that time, the parties have been discussing settlement actively and yesterday arrived at a settlement in principle, but still need to complete a written agreement, a draft of which we expect to be circulated later today.

    While the parties are prepared to appear at the conference tomorrow, to avoid the need for the defendants, who are located in Florida, to retain local counsel to appear at the conference, we hereby respectfully request a further adjournment to allow the parties time to complete the settlement agreement.

{F0221591.1}

Your Honor's consideration is greatly appreciated.

Very truly yours,

*[signature]*

Michael Chiappetta

MC/vm
cc: Joel S. Magolnick, Esq. (counsel for Moniker Online Services, LLC)
John D. Boykin, Esq. (counsel for Star Access, Inc. and Jack Porter)

*[Handwritten note from the court:]* The NYLJ notice further adjournments are not granted on less than 48 hrs notice — If you have a Stip of Discontinuance & fax it out (my form provides for time to finalize) and it's here by tomorrow, fine — otherwise be here — by phone for Florida is fine

SO ORDERED:

*[signature]* Harold Baer, Jr., U.S.D.J.
Date: 2/6/08

{F0221591.1}

** TOTAL PAGE.03 **

Endorsement:

The NYLJ makes clear adjournments are not granted on less than 48 hrs. notice. If you have a Stipulation of Discontinuance and fill it out (my form provides for time to finalize) and its here by tomorrow, fine otherwise be here - by phone for Florida is fine.