FROSS ZELNICK LEHRMAN & ZISSU, P.C.
Craig S. Mende (CM 3906)
Michael Chiappetta (MC 7644)
866 United Nations Plaza
New York, New York 10017
Phone: (212) 813-5900
Fax: (212) 813-5901
*Attorneys for Plaintiffs*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08
```

RECEIVED MAR 10 2008 U.S. DISTRICT JUDGE S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
HARTFORD FIRE INSURANCE COMPANY,
THE HARTFORD FINANCIAL SERVICES
GROUP, INC. and HARTFORD LIFE, INC.,

         Plaintiffs,

  -against-

MONIKER ONLINE SERVICES, LLC,
STAR ACCESS, INC. and JACK FORD,

         Defendants.
-----------------------------------------------------------x

Civ. No. 07 civ 9729 (HB)(FM)

**NOTICE OF DISMISSAL**

Pursuant to a settlement agreement between the parties, Plaintiff hereby dismisses all of its claims in this action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. *The clerk is instructed to close this matter + remove it from my docket.*

Dated: New York, NY
    March 6, 2008

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
Craig S. Mende (CM 3906)
Michael Chiappetta (MC 7644)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, New York 10017
Phone: (212) 813-5900
Fax: (212) 813-5901
*Attorneys for Plaintiffs*

_____
Harold Baer, Jr., U.S.D.J.
3/18/08